**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**JONPAUL LEON LINGAR** **PLAINTIFF**

**v.** **Case No. 2:26-CV-02054-DCF-MEF**

**CPL. M. PRICE and CRAWFORD COUNTY** **DEFENDANTS**

**ORDER**

The Court has received proposed findings and recommendations (Doc. 7) from Magistrate Judge Mark E. Ford. There have been no objections and the period for filing objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's case will be **STAYED and ADMINISTRATIVELY TERMINATED**. **IT IS FURTHER ORDERED** that Plaintiff shall have thirty (30) days after the final resolution of his pending criminal case to file a Motion to Reopen this case. Failure to file the Motion by the deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED** this 31st day of August 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE